WILLIAM J. EMBLING, Respondent, *v.* THE CHURCHVILLE OIL AND NATURAL GAS COMPANY, Appellant.

(Argued June 13, 1930; decided July 8, 1930.)

*Edward N. Heath* for appellant.

*Hampton H. Halsey* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.